# United States District Court
## Western District of North Carolina
## Asheville Division

| | | |
|---|---|---|
| VINCENT LAMAR BOULWARE, | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:12-cv-00068-MR |
| | ) | [1:08-cr-00082-MR-DLH-1; 1:09-cr-00055-MR-DLH-2; |
| | ) | 1:09-cr-00058-MR-DLH-3] |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 3, 2014 Memorandum of Decision and Order.

February 3, 2014

*Frank G. John*

Frank G. Johns, Clerk
United States District Court